UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MORRIS MESSINGER, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> Respondent. ) <br> _____) | CASE NO.   C05-1249RSM <br>                      (CR98-204RSM) <br><br> ORDER TRANSFERRING <br> PETITIONER'S MOTION <br> TO NINTH CIRCUIT |

The Court, having reviewed petitioner's motion for relief from judgment (Dkt. #1), the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, any objections thereto, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) This case is hereby TRANSFERRED to the Ninth Circuit Court of Appeals, pursuant to 28 U.S.C. § 1631 and Circuit Rule 22-3(a). Petitioner is advised that this transfer alone does not constitute compliance with 28 U.S.C. § 2244(b)(3) and Circuit Rule 22-3; he must still file a motion for leave to proceed in the Court of Appeals and make the showing required by § 2244(b). Petitioner is referred to this statute and Circuit Rule 22-3 for further information.

(3) The Clerk is directed to close this case and transfer all original documents to the Ninth Circuit Court of Appeals. The Clerk shall, however, retain a copy of the motion and of this

ORDER TRANSFERRING MOTION TO NINTH CIRCUIT
PAGE 1

Order in the file. The Clerk is directed to send a copy of this Order to petitioner and to Judge Theiler.

DATED this 20th day of September, 2005.

/s/ James L. Robart
JUDGE JAMES L. ROBART for
JUDGE RICARDO S. MARTINEZ
United States District Judge

ORDER TRANSFERRING MOTION TO NINTH CIRCUIT
PAGE 2